**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**COREY J. UHLENBERG,**

**Petitioner,**

**v.** **Case No. 26-CV-939**

**ALISHA KRAUS,**
**Warden, Oakhill Correctional Institution,**

**Respondent.**

---

## REPORT AND RECOMMENDATION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS[1]

---

Corey J. Uhlenberg, who is currently incarcerated at the Oakhill Correctional Institution, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docket # 1.) In an Order dated July 23, 2026, I screened Uhlenberg's petition and noted that it was unclear which state criminal case Uhlenberg was challenging, whether Uhlenberg exhausted his state court remedies, and whether Uhlenberg was raising a constitutional violation. (Docket # 8.) Uhlenberg was given an opportunity to file an amended petition by August 24, 2026. Uhlenberg was warned that failure to timely file an amended petition would result in a recommendation that the petition be dismissed without prejudice. (*Id.*)

Uhlenberg failed to file an amended petition by the stated deadline. As such, I recommend that Uhlenberg's habeas petition be dismissed without prejudice and the case closed.

---

[1] Because the respondent has not yet appeared and had an opportunity to consent or refuse magistrate judge jurisdiction, I issue a report and recommendation regarding the screening of the petition. *See Coleman v. Labor and Industry Review Commission*, 860 F.3d 461 (7th Cir. 2017).

**NOW, THEREFORE, IT IS RECOMMENDED** that Uhlenberg's habeas petition be **DISMISSED**.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin this 25th day of August, 2026.

BY THE COURT

NANCY JOSEPH
United States Magistrate Judge